**COMMONWEALTH of Pennsylvania,**
**Appellee**

v.

**Maurice WILKINSON, Appellant**

**No. 37 EAP 2012**

Supreme Court of Pennsylvania.

October 16, 2017

Maurice Wilkinson, pro se.

William E. Fairall, Jr., Laura J. Neal, PA Dept. of Corrections, Mechanicsburg, for Pa. Dept. of Corrections, Appellee.

iting provision at 40 P.S. § 764h(c)." *Burke,*            128 A.3d at 234 (Fitzgerald, J., dissenting).

## ORDER

PER CURIAM

**AND NOW,** this 16th day of October, 2017, in consideration of Appellant's failure to respond to the Prothonotary's multiple communications regarding the briefing schedule, the Application to Quash is GRANTED.